# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Raid E. Jamil,　　　　　　　　　　　　　　　　Case No. 09-45395
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.　　　　　　　　　　　　　　　Hon. Thomas J. Tucker
_____/

Charles J. Taunt, Trustee
　　　　Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　Adversary Case No.
　　　v.

Justin Shayota
　　　　Defendant
_____/

## COMPLAINT

The Plaintiff, Charles J. Taunt, Trustee (the "Plaintiff"), by and through his attorneys, Charles J. Taunt & Associates, PLLC, and for his Complaint against the Justin Shayota, pursuant to 11 U.S.C. §§544, 548, and 550 and M.C.L.A. §§566.34 and 566.35 (Uniform Fraudulent Transfer Act) states as follows:

　　　1.　　　This Court has jurisdiction of this case pursuant to 28 USC §1334. Further, this is a core proceeding pursuant to 28 USC §157(b)(2)(H).

　　　2.　　　Venue properly rests in this Court pursuant to 28 USC §1409(a).

　　　3.　　　Plaintiff is the duly appointed and acting Trustee in this case.

　　　4.　　　The Debtor filed for bankruptcy under Chapter 7 on February 26, 2009 (the "Petition Date").

| Check # | Payee | Date | Amount |
|---|---|---|---|
| 1915 | Networth Escalators | 1/3/2007 | $3,000.00 |
| 1914 | Imad Y. Gorghis - DBA Best Mexican Product | 1/5/2007 | $29,575.00 |
| 5 | Chase Home Finance LLC | 1/31/2007 | $5,820.56 |
| 1956 | Pure Flo | 2/2/2007 | $113.56 |
| 1513 | Lexus Financial | 2/9/2007 | $1,316.89 |
| 1520 | Dewey | 2/15/2007 | $35.00 |
| 1521 | Christian Children Fund | 2/15/2007 | $18.00 |
| 1523 | Ford Credit | 2/15/2007 | $435.82 |
| 1524 | Otay Water | 2/15/2007 | $152.95 |
| 1525 | Pure Flo | 2/15/2007 | $24.75 |
| 1527 | BMW Bank | 2/15/2007 | $459.03 |
| 1529 | Arabo for Assembly | 2/19/2007 | $5,300.00 |
| 1531 | Allstate | 2/28/2007 | $369.62 |
| 1532 | Cox | 2/28/2007 | $106.77 |
| 1533 | Otay Water | 2/28/2007 | $106.43 |
| 1534 | Allstate | 2/28/2007 | $91.67 |
| 1535 | Hilisdale Ranch Assoc. | 2/28/2007 | $305.00 |
| 1536 | Arrowhead Water | 2/28/2007 | $4,786.00 |
| 1538 | Chase Mortgage | 2/28/2007 | $5,800.56 |
| 1539 | Networth Escalators | 3/1/2007 | $3,000.00 |
| 1540 | Justin Shayota | 3/8/2007 | $9,000.00 |
| 1572 | Dewey | 3/9/2007 | $55.00 |
| 1573 | Waste Management | 3/9/2007 | $48.40 |
| 1574 | Cox Cable | 3/9/2007 | $293.80 |
| 1575 | Waste Management | 3/9/2007 | $66.35 |
| 1576 | Dewey | 3/9/2007 | $35.00 |
| 1577 | Land Rover | 3/9/2007 | $703.67 |
| 1579 | St. Jude | 3/9/2007 | $20.00 |
| 1580 | Children International | 3/9/2007 | $18.00 |
| 1581 | Lexus | 3/9/2007 | $1,316.89 |
| 1582 | Western Reserve Life | 3/9/2007 | $686.66 |
| 1583 | Western Reserve Life | 3/9/2007 | $403.33 |
| 1578 | Discover | 3/14/2007 | $992.82 |
| 1585 | Mike Jamil | 3/14/2007 | $500.00 |
| 1586 | Ford Credit | 3/23/2007 | $435.82 |
| 1589 | Pure Flo | 3/23/2007 | $16.50 |
| 1590 | Christian Children Fund | 3/23/2007 | $21.00 |
| 1591 | New York Life | 3/23/2007 | $272.50 |
| 1592 | BMW of North America | 3/23/2007 | $253.09 |
| 1594 | Advanced Prob'n Svcs | 3/23/2007 | $247.50 |
| 1596 | Otay Water | 3/23/2007 | $76.76 |
| 1597 | Allstate | 3/23/2007 | $91.67 |
| 1598 | Cox Cable | 3/23/2007 | $106.78 |
| 1599 | Allstate | 3/23/2007 | $191.62 |
| 1600 | Otay Water | 3/23/2007 | $102.46 |
| 1541 | Daimler Chrysler | 3/27/2007 | $822.68 |

| # | Payee | Date | Amount |
|---|---|---|---|
| 1587 | BMW Financial | 3/27/2007 | $586.08 |
| 1588 | SDG&E | 3/27/2007 | $312.52 |
| 1593 | AT&T | 3/27/2007 | $226.51 |
| 1595 | AT&T | 3/27/2007 | $92.84 |
| 1542 | Chase Mortgage | 4/1/2007 | $5,800.56 |
| 1543 | Highlights for Children | 4/1/2007 | $20.70 |
| 1545 | Hilisdale Ranch Assoc. | 4/1/2007 | $305.00 |
| 1546 | Arrowhead Water | 4/1/2007 | $81.82 |
| 1584 | Mike Bacall | 4/1/2007 | $8,696.00 |
| 1547 | Networth Escalators | 4/2/2007 | $3,000.00 |
| 1548 | Arturo Gonzalez | 4/5/2007 | $2,125.00 |
| 1544 | Discover | 4/9/2007 | $1,722.36 |
| 1549 | Cox Cable | 4/11/2007 | $251.91 |
| 1551 | Western Reserve Life | 4/11/2007 | $686.66 |
| 1552 | Dewey | 4/11/2007 | $35.00 |
| 1553 | St. Jude | 4/11/2007 | $20.00 |
| 1554 | Lexus Financial | 4/11/2007 | $1,316.89 |
| 1557 | Land Rover | 4/11/2007 | $703.67 |
| 1558 | Dewey | 4/11/2007 | $55.00 |
| 1560 | Audi Financial | 4/11/2007 | $1,975.00 |
| 1556 | American Express | 4/16/2007 | $1,319.17 |
| 1559 | American Express | 4/16/2007 | $342.91 |
| 1555 | Capital One | 4/17/2007 | $118.00 |
| 1561 | Otay Water | 4/20/2007 | $146.79 |
| 1562 | BMW of North America | 4/20/2007 | $223.69 |
| 1563 | Western Reserve Life | 4/20/2007 | $403.33 |
| 1564 | Nordstrom | 4/20/2007 | $2,869.73 |
| 1570 | Otay Water | 4/20/2007 | $122.42 |
| 1566 | Ford Motor Credit | 4/26/2007 | $435.82 |
| 1567 | AT&T | 4/27/2007 | $90.78 |
| 1568 | AT&T | 4/27/2007 | $90.99 |
| 1569 | SDG&E | 4/27/2007 | $183.79 |
| 1601 | Sarmad Hallak | 5/25/2007 | $9,960.00 ✗ |
| 1620 | Nordstrom | 6/1/2007 | $142.65 |
| 1621 | Networth Escalators | 6/1/2007 | $3,000.00 |
| 1606 | Cox Cable | 6/4/2007 | $296.23 |
| 1607 | Chase Mortgage | 6/4/2007 | $11,891.15 |
| 1609 | Children International | 6/4/2007 | $22.00 |
| 1610 | Lexus Financial | 6/4/2007 | $1,316.89 |
| 1612 | Land Rover | 6/4/2007 | $703.67 |
| 1613 | Otay Water | 6/4/2007 | $108.72 |
| 1614 | Allstate | 6/4/2007 | $91.67 |
| 1615 | Hilisdale Ranch Assoc. | 6/4/2007 | $205.00 |
| 1618 | Cox Cable | 6/4/2007 | $110.53 |
| 1619 | BMW Bank of N. Amer. | 6/4/2007 | $328.31 |
| 1608 | Discover | 6/8/2007 | $429.78 |
| 1611 | Capital One | 6/8/2007 | $568.55 |

| # | Payee | Date | Amount |
|---|---|---|---|
| 1616 | Allstate | 6/11/2007 | $301.33 |
| 1617 | Daimler Chrysler | 6/11/2007 | $822.68 |
| 1632 | Children International | 6/18/2007 | $22.00 |
| 1626 | Cash | 6/20/2007 | $9,900.00 |
| 1624 | Jerry Pachq | 6/21/2007 | $9,800.00 |
| 1622 | Ernesto Llano | 6/22/2007 | $8,000.00 |
| 1630 | Brandy Wine | 6/23/2007 | $4,000.00 |
| 1623 | Sycuan Resort | 6/26/2007 | $500.00 |
| 1627 | Franci Kasawdisw | 6/26/2007 | $7,000.00 |
| 1629 | Brandy Wine | 6/26/2007 | $5,000.00 |
| 1628 | Steven Hirmez | 6/28/2007 | $6,520.00 |
| 1631 | Capital Grove | 6/28/2007 | $753.67 |
| 1635 | Cox | 6/28/2007 | $163.14 |
| 1636 | Pure Flo | 6/28/2007 | $57.75 |
| 1639 | Otay Water District | 6/28/2007 | $186.82 |
| 1640 | Western Reserve Life | 6/28/2007 | $403.33 |
| 1641 | Christian Children Fund | 6/28/2007 | $21.00 |
| 1642 | Dewey | 6/28/2007 | $55.00 |
| 1643 | Otay Water District | 6/28/2007 | $150.08 |
| 1645 | Allstate | 6/28/2007 | $91.67 |
| 1646 | Ford Credit | 6/28/2007 | $435.82 |
| 1647 | American Express | 6/28/2007 | $18.48 |
| 1648 | St. Jude | 6/28/2007 | $20.00 |
| 1652 | BMW Bank of N. Amer. | 6/28/2007 | $500.00 |
| 1653 | Dewey | 6/28/2007 | $35.00 |
| 1656 | Arabo for Assembly | 6/28/2007 | $1,250.00 |
| 1661 | David Akers | 6/30/2007 | $9,000.00 |
| 1657 | Networth Escalators | 7/1/2007 | $3,000.00 |
| 1665 | Alterations Lisa GAO | 7/2/2007 | $9,200.00 |
| 1667 | Brandy Wine | 7/2/2007 | $5,000.00 |
| 1664 | Sycuan Resort | 7/3/2007 | $500.00 |
| 1666 | Alterations Lisa GAO | 7/3/2007 | $9,000.00 |
| 1633 | Discover | 7/6/2007 | $281.37 |
| 1634 | Allstate | 7/6/2007 | $301.33 |
| 1637 | Daimler Chrysler | 7/6/2007 | $822.68 |
| 1644 | AT&T | 7/6/2007 | $92.06 |
| 1649 | SDG&E | 7/6/2007 | $340.13 |
| 1650 | BMW Financial | 7/6/2007 | $586.08 |
| 1651 | Western Reserve Life | 7/6/2007 | $686.66 |
| 1654 | AT&T | 7/6/2007 | $96.74 |
| 1655 | SDG&E | 7/6/2007 | $176.53 |
| 1658 | AAA | 7/11/2007 | $154.74 |
| 1659 | Chase Mortgage | 7/11/2007 | $5,800.36 |
| 1660 | Waste Management | 7/11/2007 | $67.97 |
| 1691 | Dewey | 7/11/2007 | $55.00 |
| 1694 | Hilisdale Ranch Assoc. | 7/11/2007 | $205.00 |
| 1695 | Waste Management | 7/11/2007 | $49.28 |

| # | Payee | Date | Amount |
|---|---|---|---|
| 1698 | Cox Cable | 7/11/2007 | $288.08 |
| 1699 | Dewey | 7/11/2007 | $35.00 |
| 1704 | Western Reserve Life | 7/11/2007 | $686.66 |
| 1706 | BMW Bank of N. Amer. | 7/11/2007 | $459.82 |
| 1669 | David Harris | 7/14/2007 | $9,000.00 |
| 1705 | Ford Motor Credit | 7/16/2007 | $468.51 |
| 1693 | TMCC | 7/17/2007 | $1,316.89 |
| 1696 | Audi Financial | 7/17/2007 | $975.00 |
| 1697 | SDG&E | 7/17/2007 | $445.84 |
| 1703 | Capital One | 7/17/2007 | $323.39 |
| 1702 | AT&T | 7/18/2007 | $96.74 |
| 1707 | Chase Home Finance LLC | 7/25/2007 | $0.20 |
| 1674 | Cash | 7/27/2007 | $6,500.00 |
| 1708 | Department of Treasury IRS | 7/27/2007 | $484.00 |
| 1675 | David Miller | 7/28/2007 | $4,500.00 |
| 2038 | Otay Water | 8/2/2007 | $126.48 |
| 1977 | Ghada Jamil | 8/6/2007 | $3,000.00 |
| 1978 | Justin Shayota | 8/8/2007 | $6,500.00 |
| 1679 | Brenda Pena | 8/8/2007 | $4,610.00 |
| 1680 | ACSC | 8/10/2007 | $159.74 |
| 1681 | Otay Water District | 8/10/2007 | $146.91 |
| 1682 | Chase Home Finance LLC | 8/10/2007 | $5,800.56 |
| 1684 | Cox | 8/10/2007 | $230.42 |
| 1687 | Children International | 8/10/2007 | $22.00 |
| 1689 | 24 Hour Fitness | 8/10/2007 | $49.00 |
| 1690 | 24 Hour Fitness | 8/10/2007 | $49.00 |
| 1712 | Fitness Quest | 8/10/2007 | $54.07 |
| 1713 | Western Reserve Life | 8/10/2007 | $686.66 |
| 1715 | Dewey Pest Control | 8/10/2007 | $35.00 |
| 1717 | St. Jude | 8/10/2007 | $20.00 |
| 1718 | Dewey Pest Control | 8/10/2007 | $55.00 |
| 1721 | Otay Water District | 8/10/2007 | $189.90 |
| 1723 | Pure Flo | 8/10/2007 | $82.50 |
| 1724 | Western Reserve Life | 8/10/2007 | $403.33 |
| 1725 | Christian Children Fund | 8/10/2007 | $21.00 |
| 1727 | Allstate | 8/10/2007 | $91.67 |
| 1728 | Hilisdale Ranch Assoc. | 8/10/2007 | $205.00 |
| 1729 | Cox | 8/10/2007 | $136.33 |
| 1731 | Land Rover Capital Group | 8/10/2007 | $653.67 |
| 1734 | Justin Shayota | 8/10/2007 | $8,000.00 |
| 1735 | Brenda Pena | 8/10/2007 | $4,000.00 |
| 2040 | AT&T | 8/11/2007 | $98.66 |
| 1732 | Discover | 8/13/2007 | $1,183.72 |
| 1736 | Mike Davis | 8/13/2007 | $6,080.00 |
| 1683 | Audi Financial | 8/14/2007 | $975.00 |
| 1686 | Capital One | 8/14/2007 | $740.45 |
| 1688 | HFC | 8/14/2007 | $219.00 |

| # | Payee | Date | Amount |
|---|---|---|---|
| 1710 | SDG&E | 8/14/2007 | $364.70 |
| 1711 | BMW Financial | 8/14/2007 | $613.15 |
| 1716 | Ford Motor Credit | 8/14/2007 | $435.82 |
| 1722 | Daimler Chrysler | 8/14/2007 | $822.68 |
| 1726 | AT&T | 8/14/2007 | $95.65 |
| 1730 | Allstate | 8/14/2007 | $301.33 |
| 1737 | Cash | 8/15/2007 | $8,200.00 |
| 1738 | Jon Miller | 8/15/2007 | $6,300.00 |
| 1739 | Gary Vargas | 8/20/2007 | $5,500.00 |
| 1742 | Clemente Saldana | 8/31/2007 | $9,000.00 |
| 1743 | Thail Hannosl | 8/31/2007 | $5,000.00 |
| 1744 | Networth Escalators | 9/3/2007 | $3,000.00 |
| 1745 | Brandy Wine | 9/7/2007 | $8,000.00 |
| 1746 | Khaled George | 9/10/2007 | $3,000.00 |
| 1747 | Waste Management | 9/10/2007 | $60.40 |
| 1752 | St. Jude | 9/10/2007 | $20.00 |
| 1754 | Dewey | 9/10/2007 | $35.00 |
| 1755 | Dewey | 9/10/2007 | $55.00 |
| 1756 | Cox Cable | 9/10/2007 | $250.17 |
| 1757 | Pure Flo | 9/10/2007 | $102.50 |
| 1761 | Western Reserve Life | 9/10/2007 | $686.66 |
| 1762 | Allstate Insurance | 9/10/2007 | $91.67 |
| 1763 | Hilisdale Ranch Assoc. | 9/10/2007 | $215.00 |
| 1764 | Arrowhead | 9/10/2007 | $89.91 |
| 1766 | Children International | 9/10/2007 | $22.00 |
| 1768 | IRS United States Treasury | 9/10/2007 | $21.02 |
| 1769 | Land Rover | 9/10/2007 | $703.67 |
| 1771 | Western Reserve Life | 9/10/2007 | $403.33 |
| 1772 | Otay Water | 9/10/2007 | $211.71 |
| 1773 | Pure Flo | 9/10/2007 | $33.00 |
| 1776 | BMW Bank of N. Amer. | 9/10/2007 | $244.45 |
| 1777 | Cox Cable | 9/10/2007 | $128.43 |
| 1778 | Arrowhead | 9/10/2007 | $74.81 |
| 1779 | Otay Water | 9/10/2007 | $147.91 |
| 1781 | Carlos Villarreal | 9/13/2007 | $7,000.00 |
| 1782 | Cash | 9/13/2007 | $500.00 |
| 1783 | Clemente Saldana | 9/14/2007 | $9,000.00 |
| 1785 | Brandy Wine | 9/14/2007 | $4,500.00 |
| 1786 | Justin Shayota | 9/19/2007 | $11,400.00 |
| 1787 | Brandy Wine | 9/21/2007 | $5,000.00 |
| 1788 | Brandy Wine | 9/24/2007 | $5,000.00 |
| 1748 | AT&T | 9/25/2007 | $197.14 |
| 1749 | BMW Financial | 9/25/2007 | $586.08 |
| 1750 | Ford Motor Credit | 9/25/2007 | $435.82 |
| 1751 | SDG&E | 9/25/2007 | $627.34 |
| 1753 | Capital One | 9/25/2007 | $156.95 |
| 1759 | Audi Financial | 9/25/2007 | $975.00 |

| # | Payee | Date | Amount |
|---|---|---|---|
| 1760 | SDG&E | 9/25/2007 | $627.34 |
| 1967 | HFC | 9/25/2007 | $217.00 |
| 1774 | AT&T | 9/25/2007 | $92.55 |
| 1765 | Discover | 9/26/2007 | $291.58 |
| 1770 | Allstate | 9/26/2007 | $301.33 |
| 1775 | Daimler Chrysler | 9/26/2007 | $822.68 |
| 1789 | Justin Shayota | 9/27/2007 | $8,000.00 |
| 1794 | Justin Shayota | 10/1/2007 | $9,500.00 |
| 1758 | TMCC | 10/2/2007 | $1,316.89 |
| 1793 | Deposit | 10/2/2007 | $3,000.00 |
| 1795 | Networth Escalators | 10/2/2007 | $3,000.00 |
| 1797 | Justin Shayota | 10/4/2007 | $1,900.00 |
| 1800 | Chase Home Finance LLC | 10/16/2007 | $6,110.59 |
| 1802 | West Coast Deals | 10/16/2007 | $4,000.00 |
| 1803 | Dewey Pest Control | 10/17/2007 | $70.00 |
| 1807 | Ford Credit | 10/17/2007 | $435.82 |
| 1809 | Otay Water District | 10/17/2007 | $179.32 |
| 1810 | Children International | 10/17/2007 | $22.00 |
| 1812 | Cox Communications | 10/17/2007 | $218.89 |
| 1813 | Dewey Pest Control | 10/17/2007 | $110.00 |
| 1816 | Hilisdale Ranch Assoc. | 10/17/2007 | $215.00 |
| 1818 | Land Rover Capital Group | 10/17/2007 | $753.67 |
| 1820 | Fitness Quest Inc | 10/17/2007 | $162.21 |
| 1821 | BMW Bank of N. Amer. | 10/17/2007 | $530.51 |
| 1823 | Christian Children Fund | 10/17/2007 | $21.00 |
| 1824 | Otay Water District | 10/17/2007 | $494.84 |
| 1825 | St. Jude | 10/17/2007 | $20.00 |
| 1826 | Waste Management | 10/17/2007 | $44.06 |
| 1827 | Cox Communications | 10/17/2007 | $268.65 |
| 1829 | Western Reserve Life | 10/17/2007 | $403.33 |
| 1830 | Western Reserve Life | 10/17/2007 | $686.66 |
| 1791 | Lisa GAO | 10/19/2007 | $9,413.75 |
| 1804 | AT&T | 10/22/2007 | $69.61 |
| 1806 | BMW Financial | 10/22/2007 | $586.08 |
| 1808 | AT&T | 10/22/2007 | $193.06 |
| 1815 | Capital One | 10/22/2007 | $126.06 |
| 1819 | Discover | 10/22/2007 | $378.37 |
| 1828 | Mercedes Benz | 10/22/2007 | $863.81 |
| 1805 | SDG&E | 10/23/2007 | $393.73 |
| 1811 | TMCC | 10/23/2007 | $1,316.89 |
| 1814 | SDG&E | 10/23/2007 | $510.97 |
| 1817 | HFC | 10/23/2007 | $223.00 |
| 1831 | Ernesto Llano | 10/29/2007 | $7,000.00 |
| 1835 | Networth Escalators | 11/2/2007 | $3,000.00 |
| 1833 | (printed out) cannot read | 11/6/2007 | $9,800.00 |
| 1834 | Rafid Kate | 11/8/2007 | $9,700.00 |
| 1836 | Carlos Villarreal | 11/9/2007 | $2,000.00 |

5. Upon information and belief, Justin Shayota (the "Defendant") resides at 5367 Falmouth, Troy, MI 48085.

6. Upon information and belief, the Debtor made the following transfers totaling $54,300.00 to the Defendant within two years of the Petition Date (the "Transfers"). A copy of the Debtor's records reflecting the Transfers are attached as Exhibit A.

| Date | Amount | Account # |
|---|---|---|
| 03-08-07 | $9,000.00 | 320013477 |
| 08-08-07 | $6,500.00 | 320013477 |
| 08-10-07 | $8,000.00 | 320013477 |
| 09-19-07 | $11,400.00 | 320013477 |
| 09-27-07 | $8,000.00 | 320013477 |
| 10-01-07 | $9,500.00 | 320013477 |
| 10-04-07 | $1,900.00 | 320013477 |

**COUNT I – AVOIDANCE OF FRAUDULENT TRANSFER FOR ACTUAL FRAUD PURSUANT TO 11 U.S.C. §544(b)(1) AND M.C.L.A. §566.34**

7. The Plaintiff incorporates by reference the allegations in paragraphs one through six of this Complaint.

8. Pursuant to the strong-arm clause of 11 U.S.C. §544(b)(1), the Trustee may avoid any transfer of an interest of the Debtor in property that is voidable under applicable law by a creditor holding an unsecured claim that is allowable under §502.

9. Upon information and belief, Debtor made the Transfers with actual intent to hinder, delay, or defraud his creditors.

10. Upon information and belief, Debtor has unsecured creditors with claims allowable under 11 U.S.C. §502.

11. Upon information and belief, the Debtor fraudulently transferred property to the Defendant to avoid payment to his unsecured creditors.

12. Upon information and belief, "Badges of Fraud" exist which prove the Debtor's actual intent to hinder, delay, or defraud his creditors.

13. Upon information and belief, the Debtor has listed on his schedules no non-exempt property, rendering the Transfers substantially all of Debtor's non-exempt property.

14. Upon information and belief, the Debtor did not receive any consideration for the Transfers.

15. Upon information and belief, the Debtor was insolvent or rendered insolvent at the time of the Transfers.

16. Upon information and belief, the Transfers made by the Debtor were concealed.

17. Upon information and belief, the Debtor concealed his assets or transfers of assets.

18. Upon information and belief, the Transfers occurred within two years of the Petition Date.

**WHEREFORE**, Plaintiff requests that this Court avoid the Transfers pursuant to 11 U.S.C. §544 and M.C.L.A. §566.34 and enter judgment in his favor and against Defendant in the sum of $54,300.00, together with costs and attorney's fees, and such other relief as this Court deems just and proper.

### COUNT II-AVOIDANCE OF FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. §544(b)(1) AND UNIFORM FRAUDULENT TRANSFER ACT: MCLA §566.35(1)

19. Plaintiff incorporates paragraphs one through eighteen as though fully set forth herein.

20. Pursuant to the strong-arm clause of 11 U.S.C. §544(b), the Trustee may avoid any transfer of an interest of the debtor in property that is voidable under applicable law by a creditor holding an unsecured claim that is allowable under §502.

21. Upon information and belief, a creditor exists whose claim arose prior to the time the Transfers were made.

22. Defendant Justin Shayota received the Transfers from the Debtor.

23. The Debtor did not receive reasonably equivalent value in exchange for the Transfers.

24. Upon information and belief, the Debtor was insolvent at the time of the Transfers or became insolvent as a result of the transfers or obligations.

**WHEREFORE**, the Plaintiff requests that this Court avoid the Transfers pursuant to 11 U.S.C. §544 and MCLA §566.35(1) and enter judgment in his favor and against Defendant in the sum of $54,300.00, together with costs and attorney's fees, and such other relief as this Court deems just and proper.

### COUNT III – AVOIDANCE OF FRAUDULENT TRANSFER FOR ACTUAL FRAUD PURSUANT TO 11 U.S.C. §548(a)(1)(A)

25. The Plaintiff incorporates by reference the allegations in paragraphs one through twenty-four of this Complaint.

26. Upon information and belief, Debtor made the Transfers with actual intent to hinder, delay, or defraud his creditors.

27. Upon information and belief, Debtor has unsecured creditors with claims allowable under 11 U.S.C. §502.

28. Upon information and belief, the Debtor fraudulently transferred money to the Defendant instead of repaying his unsecured creditors.

29. Upon information and belief, "Badges of Fraud" exist which prove Debtor's actual intent to hinder, delay, or defraud his creditors.

30. Upon information and belief, the Defendant had a special relationship with the Debtor, including close family and business ties.

31. Upon information and belief, the Transfers were made to said person with a special relationship to the Debtor.

32. Upon information and belief, Debtor has listed no non-exempt property on his schedules, rendering the Transfers substantially all of Debtor's non-exempt property.

33. Upon information and belief, Debtor did not receive any consideration for the Transfers.

34. The Debtor was insolvent at the time of the Transfers and rendered insolvent because of the transfers.

35. Upon information and belief, occurred within two years of the Petition Date.

**WHEREFORE**, Plaintiff requests that this Court avoid the Transfers pursuant to 11 USC §548(a)(1)(A) and enter judgment in his favor and against the Defendant in the sum of $54,300.00, together with costs and attorney's fees, and such other relief as this Court deems just and proper.

### COUNT IV-AVOIDANCE OF FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. §548(a)(1)(B)

36. Plaintiff incorporates paragraphs one through thirty-five as though fully set forth herein.

37. Upon information and belief, a creditor exists whose claim arose prior to the time the Transfers were made.

38. Defendant Justin Shayota received the Transfers from the Debtor.

39. The Debtor did not receive reasonably equivalent value in exchange for the Transfers.

40. Upon information and belief, the Debtor was insolvent at the time of the Transfers or became insolvent as a result of the transfers or obligations.

**WHEREFORE**, Plaintiff requests that this Court avoid the Transfers pursuant to 11 U.S.C. §548(a)(1)(B) and enter judgment in his favor and against the Defendant in the sum of $54,300.00, together with costs and attorney's fees, and such other relief as this Court deems just and proper.

### COUNT V – DISALLOWANCE OF CLAIM

41. The Plaintiff realleges and incorporates by reference the allegations in Paragraphs one through forty of this Complaint.

42. The Defendant may allege to have a claim against the estate.

43. Pursuant to 11 USC §502(d), said claim shall be disallowed, except to the extent Defendant repays their liability under all Counts of this Complaint.

**WHEREFORE**, the Plaintiff respectfully requests that this Court disallow any claim(s) Defendant may have against the estate, except to the extent their liability under this Complaint is repaid.

### COUNT VI – RECOVERY OF AVOIDED TRANSFERS

44. Plaintiff incorporates paragraphs one through forty-three as though fully set forth herein.

45. To the extent that the Transfers are avoided under 11 U.S.C. §§544 and/or 548, Plaintiff is entitled to recover the Transfers from Justin Shayota, or any immediate or mediate transferee under 11 U.S.C. §550(a)(1).

**WHEREFORE**, Plaintiff respectfully requests that pursuant to 11 U.S.C. §550(a)(1), this Court allow recovery of the avoided Transfers, or the value thereof, from Justin Shayota and grant such other and further relief as this Court deems just and proper.

                                                          CHARLES J. TAUNT & ASSOCIATES, PLLC

                                        By:    /s/ Scott Kwiatkowski
                                                    Attorney for Trustee

Dated:                  700 E. Maple Rd., 2nd Floor
                                                   Birmingham, MI 48009
                                                   (248) 644-7800
                                                   skwiatkowski@tauntlaw.com
                                                   (P67871)